**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Hector LOPEZ–AYALA, Defendant–
Appellant.**

**No. 06–11081
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

May 2, 2007.

J. Michael Worley, Assistant U.S. Attorney, U.S. Attorney's Office Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Raymond J. Rodgers, Federal Public Defender's Office Northern District of Texas, Fort Worth, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, WIENER, and PRADO, Circuit Judges.

**416**

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Hector Lopez–Ayala raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

